448 A.2d 1188

Commonwealth v. Samuels, Appellant.

Submitted October 5, 1981. David N. Rosen, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order and judgments of sentence affirmed.